**United States District Court**
For the Northern District of California

1

2

3

4

5          UNITED STATES DISTRICT COURT

6          NORTHERN DISTRICT OF CALIFORNIA

7

8    CAPELLA PHOTONICS, INC.,                    No. C14-3351 EMC

9              Plaintiffs,                       **CASE MANAGEMENT CONFERENCE
                                                 ORDER IN REASSIGNED CASES**

10         v.

11   CIENA CORPORATION,

12             Defendant.

13   _____/

14

15         TO ALL PARTIES AND COUNSEL OF RECORD:

16         The above matter having been reassigned to District Judge Edward M. Chen, for trial and

17   all further proceedings.

18         IT IS HEREBY ORDERED THAT, pursuant to Federal Rule of Civil Procedure 16 and

19   Civil Local Rule 16-10, a case management conference will be held in this case before the

20   **Honorable Edward M. Chen** on **November 13, 2014 at 9:30 a.m., in Courtroom 5, 17th Floor**,

21   450 Golden Gate Avenue, San Francisco, California.

22         1.     The parties shall file a *joint* case management conference statement one week in

23   advance of the case management conference date.  The statement must include all elements

24   requested in the "Standing Order for All Judges of the Northern District of California – Contents

25   of Joint Case Management Statement."  In cases involving pro se litigants, parties shall attempt to

26   file a joint statement; if after due diligence an agreement cannot be reached, the parties may file

27   separate case management statements, with each statement not to exceed seven (7) pages.

28

**United States District Court**

For the Northern District of California

1    2.    Any request to reschedule the case management conference date must be made in

2  writing and by stipulation, if possible, not less than ten (10) days before the conference date.

3  Good cause must be shown.

4    3.    Unless proceeding pro se, each party shall be represented at the case management

5  conference by counsel with full and complete authority to address all of the matters referred to in

6  (a) Federal Rules of Civil Procedure 16(c) and 26(f) and (b) the "Standing Order for All Judges of

7  the Northern District of California – Contents of Joint Case Management Statement."  Counsel

8  must also have full and complete authority to enter stipulations and made admissions.

9    4.    After the case management conference is concluded, an order will be entered

10  setting dates for, *e.g.*, the close of discovery, hearing dispositive motions, the final pretrial

11  conference, and trial.  Other orders regulating and controlling future proceedings may also be

12  entered (*e.g.*, orders setting further status conferences).

13    5.    All documents filed with the Clerk of the Court shall list the civil case number

14  followed only by the initials "EMC."  A copy of all documents filed, whether electronically or

15  manually, shall be submitted to the Clerk's Office in an envelope clearly marked with the case

16  number and "EMC Chambers Copy" no later than noon on the next business day after the

17  document is filed.  The chambers copy must be three-hole punched on the left-hand side.  Exhibits

18  must be tabbed.

19    6.    Plaintiff(s) shall serve copies of (a) this Order, (b) the "Standing Order for All

20  Judges of the Northern District of California – Contents of Joint Case Management Statement," (c)

21  this Court's "Civil Standing Order – General," and (d) this Court's "Civil Standing Order on

22  Discovery" at once upon all parties to the action, and upon those subsequently joined, in

23  accordance with the provisions of  Federal Rules of Civil Procedure 4 and 5.  In addition,

24  Plaintiff(s) shall file with the Clerk of the Court a certificate reflecting such service, in accordance

25  with Civil Local Rule 5-6(a).

26  ///

27  ///

28  ///

2

1    7.    Failure to comply with this order, Federal Rules of Civil Procedure 16 and 26(f),

2  and/or Civil Local Rule 16-10 may be grounds for sanctions.  *See* Fed. R. Civ. P. 16(f).

3    Plaintiff is directed to serve a copy of this Order upon all defendants.

4

5    IT IS SO ORDERED.

6

7  Dated: August 27, 2014

8    _____
    EDWARD M. CHEN

9    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3